Certificate Number: 03088-PAE-DE-034623469

Bankruptcy Case Number: 19-17932



03088-PAE-DE-034623469

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 2, 2020, at 12:53 o'clock AM CDT, Cassandra E Avila-Hernandez completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: July 2, 2020　　　　By: /s/Doug Tonne

　　　　　　　　　　　　Name: Doug Tonne

　　　　　　　　　　　　Title: Counselor