UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Cassandra Elena Avila-Hernandez | : | Case No.: 19-17932(AMC) |
| | : | |
| Debtor | : | Chapter 13 |

## MOTION TO RECONSIDER ORDER CLOSING CASE WIHTOUT DISCHARGE

Comes Now, Cassandra Elena Avila-Hernandez, hereinafter referred to as "Debtor" and move this Honorable Court to vacate its June 22, 2020 Order Closing the Case without Entry of Order of Discharge and in support thereof aver the following:

1. The above captioned bankruptcy matter was filed as a Chapter 13 on or about December 21, 2019.

2. The Chapter 13 bankruptcy matter was assigned case number 19-17932.

3. The case was closed without order of discharge for failure to complete the financial management course by the Debtor.

4. The Debtor Education Financial Management Course was completed and filed on July 2, 2020.

**WHEREFORE**, for the reasons stated herein, the Debtor respectfully requests that this Honorable Court Reconsider its Order closing the case without order of discharge.

Respectfully submitted,

Dated: July 9, 2020

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107