UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| | : | |
| Cassandra Elena Avila-Hernandez | : | Case No.: 19-17932(AMC) |
| | : | |
| Debtor | : | Chapter 13 |

## **ORDER**

AND NOW, this ____ day of _____ 2020, upon consideration of the Motion to Reconsider the Order Closing Case without Discharge, it is hereby;

ORDERED and DECREED that the motion is GRANTED and the Order of this Court dated June22, 2020 Closing Case without Discharge the case is vacated.

**Date: August 5, 2020**

_____
Hon. Ashely M. Chan